U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

MAR 2 1 2007

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ERIC W. DAVIS aka WILLIAM CHESTER BLANCHARD | : | DOCKET NO. 2:05-cv-2217<br>Section P |
| VS. | : | JUDGE MINALDI |
| TONY MANCUSO, ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT OF DISMISSAL

Having given notice of this court's intention to dismiss this action without prejudice under Local Rule 41.3W for Plaintiff's failure to keep the court apprised of his address change, and having received no response to this court's minute entry allowing Plaintiff time to show cause for his failure to comply, this court finds that Plaintiff's action is subject to dismissal under Local Rule 41.3W. Accordingly, it is

**ORDERED** that this action be and it hereby is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff be allowed to move for reinstatement of this action within thirty (30) days for good cause shown.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 12 day of February, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE